NOVA
LAW GROUP

September 18, 2026

Alexandra Minogue, Esq.
Nova Law Group
21 Fulton St.
Newark, NJ 07102
T: 844-444-6682

**<u>VIA PACER</u>**
The Honorable Claire C. Cecchi, U.S.D.J.
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street, Courtroom 05
Newark, NJ 07101

**RE: *Coelho v. Soto, et al.***
**Docket No.: 2:26-cv-5098-CCC**

Dear Honorable Claire C. Cecchi, U.S.D.J,

Petitioner respectfully writes to withdraw her Petition for Writ of Habeas Corpus. Although Petitioner remains in immigration custody, she no longer wishes to pursue this action.

Accordingly, Petitioner respectfully requests that the Petition be withdrawn without prejudice and that this matter be closed in an expeditious manner. Petitioner thanks the Court for its time and attention.

Respectfully,

Alexandra Minogue

Alexandra Minogue, Esq.

CC: Margaret Ann Mahoney, Esq.
*Counsel for Respondents*

SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date: 9/23/2026